3:08-CV-00447-MJJ

United States District Court
Northern District of California

Jonathan Lee Riches©,
Plaintiff

Civil No.

v.

Kathleen Savio,
Drew Peterson,
Defendants

Complaint

Under 42 USC 1983. Defendants told FCI Williamsburg to freeze my funds and take all commissary away from me my civil rights are violated. I can't use the phone or see medical. This is unconstitutional. I seek $33 million.

Respectfully Submitted

Jonathan Lee Riches©